**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jaime Higinio BUCKLAND–GIROD,**
**Defendant–Appellant.**

**No. 05–15150**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 25, 2007.

Joel DeFabio, Florida Lawyer, P.A., Coral Gables, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before DUBINA, CARNES and COX, Circuit Judges.

PER CURIAM:

Joel DeFabio, appointed counsel for Jaime Higinio Buckland–Girod, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Buckland–Girod's convictions and sentences are **AFFIRMED**.